1
2
3
4
5
6
7

8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11
12
13
14
15
16

WILLIAM CURRY,

               Plaintiff,

  v.

SECRETARY OF PRISONS, *et al*,

               Defendants.

Case No. C07-5434RJB-KLS

ORDER TO SHOW CAUSE

17
18

19      This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28
20 U.S.C. § 636(b)(1) and Local MJR 3 and 4. This matter comes before the Court on plaintiff's filing of an
21 application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983. To file a
22 complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper
23 application to proceed *in forma pauperis*.
24      On August 20, 2007, the Clerk received plaintiff's complaint and application to proceed *in forma*
25 *pauperis*. (Dkt. #1). In his application, plaintiff states that during the past twelve months he has received
26 gifts or inheritances, but does not state the source(s) of the gifts and/or inheritances he has received, the
27 amount(s) he has received or whether he expects to continue receiving them. In addition, the prison trust
28 account statement status report plaintiff has submitted with his application shows he has average monthly

ORDER
Page - 1

1  receipts of $110.00 and an average spendable balance of $81.21. However, based on the one page status
2  report, the Court is unable to determine the exact sources and amounts of the funds plaintiff is receiving,
3  or the frequency with which he receives them.
4     Accordingly, the Court orders the following:
5  (1)  Plaintiff shall seek to cure the above deficiencies by filing **no later than September 29,**
6        **2007**, (a) a detailed explanation providing the information discussed above concerning the
7        gifts and/or inheritances he has indicated in his application that he has received during the
8        past twelve months, and (b) a copy of his prison trust account statement pursuant to 28
9        U.S.C. § 1915(a)(2) showing the balance and activity of his account(s) for the six-month
10       period immediately preceding the filing of his complaint.
11       **Failure to cure these deficiencies by the above date shall be deemed a failure to**
12       **properly prosecute this matter and the Court will recommend dismissal of this**
13       **matter.**
14 (2)  The Clerk is directed to send a copy of this Order to plaintiff.
15 DATED this 29th day of August, 2007.

                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER
Page - 2